UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT W GARRISON,<br><br>                Plaintiff,<br><br>     v.<br><br>STATE OF WASHINGTON<br>DEPARTMENT CORRECTIONS et al.,<br><br>                Defendants. | CASE NO. C12-5396 BHS-JRC<br><br>ORDER TO SHOW CAUSE |

      The District Court has referred this 42 U.S.C. § 1983 action to United States Magistrate Judge, J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4.

      Plaintiff attempted to file this action as a class action. Plaintiff did not seek to certify a class (ECF No. 7). Plaintiff is a pro se litigant and he cannot represent a class. Plaintiff also asked for leave to file an amended complaint in a letter that he sent to Court (ECF No. 5).

      The Court construed plaintiff's letter as a motion, granted the motion. The Court gave plaintiff direction regarding the defects in his filings and gave plaintiff until July 6, 2012 to file his amended complaint (ECF No. 8). As of July 23, 2012, the Court has not received an amended

1 complaint. Plaintiff's failure to comply with a Court order is grounds for dismissal of this action.

2 The Court orders plaintiff to Show Cause why this action should not be dismissed for failure to

3 comply with a Court order. Plaintiff's response and the amended complaint complying with the

4 Court's June 8, 2012 order will be due on or before August 24, 2012. If the response is

5 inadequate or if an amended complaint that cures all defects is not filed, the Court will

6 recommend dismissal of this action.

7     Dated this 25th day of July, 2012.

*/s/ J. Richard Creatura*

J. Richard Creatura
United States Magistrate Judge