UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT W. GARRISON,

    Plaintiff,

v.

STATE OF WASHINGTON, DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.

CASE NO. C12-5396 BHS

ORDER DECLINING TO ADOPT REPORT AND RECOMMENDATION

    This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 10), Plaintiff Robert W. Garrison's ("Garrison") response to the R&R and his request for additional time to file an amended complaint (Dkt. 11). The Court has considered the R&R and Garrison's request for additional time to file an amended complaint, as well as the remaining record, and hereby declines to adopt the R&R and grants Garrison's request for additional time to file an amended complaint.

1   On August 29, 2012, Judge Creatura issued an R&R recommending that this
2 action be dismissed due to Garrison's failure to file an amended complaint as directed.
3 Dkt. 10.  On September 26, 2012, Garrison filed a response to the R&R requesting
4 additional time to file an amended complaint.  The Court **DECLINES to adopt** the R&R
5 (Dkt. 10) as Garrison has shown good cause for additional time and will allow him to file
6 an amended complaint on or before **November 15, 2012**.

7   **IT IS SO ORDERED.**

8   Dated this 15th day of October, 2012.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER - 2