UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT W GARRISON,

    Plaintiff,

v.

STATE OF WASHINGTON DEPARTMENT OF CORRECTIONS et al.

    Defendant.

CASE NO. C12-5396 BHS-JRC

ORDER GRANTING PLAINTIFF AN EXTENSION OF TIME

This 42 U.S.C. §1983 civil rights action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4.

Plaintiff asks the Court to give him until November 20, 2012, to file his amended complaint (ECF No. 13). Plaintiff alleges that he is having difficulty getting his document copied because the facility is on lockdown. The Court grants the motion. The Court gives plaintiff until December 21, 2012, to file his amended complaint. The Clerk's Office may remove ECF No. 13 from the Court's calendar.

Dated this 26th day of November, 2012.

J. Richard Creatura
United States Magistrate Judge