UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT W. GARRISON,<br><br>               Plaintiff,<br><br>     v.<br><br>STATE OF WASHINGTON<br>DEPARTMENT CORRECTIONS et al.<br><br>               Defendant. | CASE NO. C12-5396 BHS-JRC<br><br>ORDER TO PROVIDE SERVICE ADDRESSES |

This 42 U.S.C. §1983 civil rights matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judges Rules MJR 1, MJR 3, and MJR 4.

The Court has filed plaintiff's amended complaint, (ECF No. 16). The second motion for an extension of time (ECF No. 15), was not necessary because plaintiff has now filed the amended complaint and the Court denies the motion as moot.

The Court is in possession of service copies, but, plaintiff has failed to provide service addresses for the eleven named defendants. The named defendants are:

    1.    Eldon Vail

| | | |
|---|---|---|
| 1 | 2. | Bernard Warner |
| 2 | 3. | Ron Fraker |
| 3 | 4. | Steve Blakeman |
| 4 | 5. | D. Heaward |
| 5 | 6. | Dan Ahrens |
| 6 | 7. | S. Reeder |
| 7 | 8. | B. Zavodny |
| 8 | 9. | H. Nguyen |
| 9 | 10. | N. Cornish |
| 10 | 11. | K. Lohneis |

Plaintiff is directed to file a list of addressees for service so that the Court may attempt service by mail on these defendants. The address list will be due on or before January 11, 2013.

Dated this 10th day of December, 2012.

J. Richard Creatura
United States Magistrate Judge