UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT W. GARRISON,

    Plaintiff,

v.

STATE OF WASHINGTON DEPARTMENT CORRECTIONS, et al.,

    Defendants.

CASE NO. C12-5396 BHS-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 36. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The Court adopts the Report and Recommendation.

(2) The Court grants Defendants' motion to dismiss as to all claims except the retaliation claim. Plaintiff may file an amended complaint if he feels he has facts showing a violation of his Eighth Amendment rights.

(3) The Court grants Defendants' motion for a more definite statement regarding the retaliation claim. Plaintiff will file an amended complaint that cures the defects noted in the Report and

ORDER - 1

Recommendation on this claim. Plaintiff has thirty days from entry of this order to comply.

(4) The Court denies Defendants' motion to stay discovery. Defendants have not raised the affirmative defense of qualified immunity and they may not rely on cases where qualified immunity barred discovery. Further, Plaintiff may need discovery in order to comply with the order to file an amended complaint.

DATED this 5th day of June, 2013.

_____
BENJAMIN H. SETTLE
United States District Judge