UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT W. GARRISON,

    Plaintiff,

v.

STATE OF WASHINGTON DEPARTMENT CORRECTIONS, et al.,

    Defendants.

CASE NO. C12-5396 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 42. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)  The R&R is **ADOPTED**; and

(2)  This action is **DISMISSED** for failure to comply with a Court order and failure to keep the Court apprised of a current address. The dismissal is with prejudice.

Dated this 1st day October, 2013.

              BENJAMIN H. SETTLE
              United States District Judge

ORDER